# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON TURPITT, | Case No. 1:14-cv-00602--- SKO |
| Plaintiff, | **ORDER CONTINUING SCHEDULING CONFERENCE TO NOVEMBER 5, 2014** |
| v. | **ORDER THAT PLAINTIFF SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| RIVERBANK HOUSING AUTHORITY, et al., | |
| Defendants. | |

Plaintiff filed this case in April 2014 against the Riverbank Housing Authority, the U.S. Postal Service, and Daryl A. Trujillo (collectively "Defendants"), and a case management conference ("CMC") was set for June 25, 2014. (Doc. 5.) Because no proof of service was filed and no Defendant had yet answered the complaint, the Court continued the CMC twice. After continuing the CMC a second time, consolidating it with the scheduling conference, and resetting both conferences to October 23, 2014, the Court ordered Plaintiff to file proofs of service on or before September 5, 2014 – which Plaintiff failed to do. On August 21, 2014, Defendant Riverbank Housing Authority filed an answer and a cross complaint against Defendants Trujillo and the U.S. Postal Service. (Doc. 8.)

On October 13, 2014, Riverbank Housing Authority filed a scheduling report indicating it had attempted to contact Plaintiff's counsel to meet and confer as required, but had received no response. Although the parties were ordered to file a "joint" scheduling report one week before

the October 23, 2014, scheduling conference (Doc. 4, p. 2), due to Plaintiff's failure to meet and confer Riverbank Housing Authority was forced to file its report unilaterally.

Because Plaintiff did not file any proofs of service, the Court has no information whether Defendants U.S. Postal Service and Daryl Trujillo have been served.  Further, as Plaintiff's counsel failed to meet and confer with Riverbank Housing Authority in advance of the scheduling conference, Plaintiff also failed to assist in the preparation of a joint scheduling report.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference currently set for October 23, 2014, is CONTINUED to November 5, 2014, at 10:00 a.m. in Courtroom 7;

2. By no later than October 23, 2014, Plaintiff shall file a statement showing cause why sanctions should not be imposed for failing to comply with the Court's July 23, 2014, minute order, and for failing to participate in the preparation of a joint scheduling report as set forth in the Court's April 24, 2014, order setting a mandatory scheduling conference.

IT IS SO ORDERED.

Dated:   **October 14, 2014**               **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

2