# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON TURPITT, | Case No. 1:14-cv-00602--- SKO |
| Plaintiff, | **ORDER DISCHARGING OSC** |
| v. | |
| RIVERBANK HOUSING AUTHORITY, et al., | |
| Defendants. | |

    Plaintiff filed this case in April 2014 against the Riverbank Housing Authority, the U.S. Postal Service, and Daryl A. Trujillo (collectively "Defendants"), and a case management conference ("CMC") was set for June 25, 2014.  (Doc. 5.)  Because no proof of service was filed and no Defendant had yet answered the complaint, the Court continued the CMC twice.  After continuing the CMC a second time, consolidating it with the scheduling conference, and resetting both conferences to October 23, 2014, the Court ordered Plaintiff to file proofs of service on or before September 5, 2014 – which Plaintiff failed to do.  On August 21, 2014, Defendant Riverbank Housing Authority filed an answer and a cross complaint against Defendants Trujillo and the U.S. Postal Service.  (Doc. 8.)

    On October 13, 2014, Riverbank Housing Authority filed a scheduling report indicating it had attempted to contact Plaintiff's counsel to meet and confer as required, but had received no

response. Although the parties were ordered to file a "joint" scheduling report one week before the October 23, 2014, scheduling conference (Doc. 4, p. 2), due to Plaintiff's failure to meet and confer Riverbank Housing Authority was forced to file its report unilaterally.

Because Plaintiff did not file any proofs of service, the Court has no information whether Defendants U.S. Postal Service and Daryl Trujillo have been served. Further, as Plaintiff's counsel failed to meet and confer with Riverbank Housing Authority in advance of the scheduling conference, Plaintiff also failed to assist in the preparation of a joint scheduling report. As such, on October 14, 2014, the Court issued an order continuing the scheduling conference to November 5, 2014, and requiring Plaintiff to show cause why sanctions should not be imposed.

On October 23, 2014, Plaintiff filed a statement indicating that through mis-calendaring, Plaintiff's counsel had failed to ascertain the date for the scheduling conference. Plaintiff's counsel has since met and conferred with Defendant Riverbank Housing Authority, and they have discussed whether Defendant U.S. Postal Service is a necessary party. Plaintiff's counsel indicates that the U.S. Postal Service is being served with the complaint, and that he expects to have a proof of service by the November 5, 2014, scheduling conference. Plaintiff did not address the current status of service on Defendant Trujillo.

The Court also notes that a cross-complaint was filed against Defendant Trujillo and the U.S. Postal Service on August 21, 2014, but no executed summonses reflect that service upon those cross-defendants has been effected.

By no later than November 14, 2014, Plaintiff shall file an executed summons with regard to Defendant Trujillo or submit a status report indicating whether she intends to continue to prosecute this action against Defendant Trujillo. Defendant and Cross-Claimant Riverbank Housing Authority shall file proof of service of Cross-Defendants by no later than November 14, 2014, or a statement whether it will continue to pursue its claims against those Cross-Defendants.

As Plaintiff represents she will serve Defendant U.S. Postal Service, that defendant will need to participate in the CMC and scheduling conference to the extent it is served and responds to the complaint. To the extent Defendant Trujillo is served, he will also need to participate in the CMC and scheduling conference if he has appeared in the case. Therefore, the November 5, 2014,

scheduling conference shall be continued to **January 6, 2015**, at 10:00 a.m.  The parties shall file a joint scheduling report on or before December 30, 2014.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's October 14, 2014, Order to Show Cause is DISCHARGED;
2. By no later than November 14, 2014, Plaintiff and Defendant Riverbank Housing Authority shall file executed summonses demonstrating service on Defendants and Cross-Defendants U.S. Postal Service and Trujillo **or** a statement indicating whether they intend to pursue claims against these Defendants/Cross-Defendants;
3. A Case Management Conference is hereby SET for **December 2, 2014, at 9:45 a.m.**; the parties shall coordinate one conference call to the Court at (559) 499-5790 at the time and date for the CMC;
4. The scheduling conference currently set for November 5, 2014, is CONTINUED to **January 6, 2015, at 10:00 a.m**. in Courtroom 7;
5. A Joint Scheduling Report shall be filed on or before **December 30, 2014**; and
6. Telephonic appearances for the Scheduling Conference on January 6, 2015, are GRANTED, and all parties wishing to appear telephonically shall coordinate one call to the Court at (559) 499-5790 at the date and time for the conference.

IT IS SO ORDERED.

Dated:   **October 24, 2014**                    **/s/ Sheila K. Oberto**
                                                                       UNITED STATES MAGISTRATE JUDGE