1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5
6  Attorneys for United States of America
7
8                    IN THE UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| SHARON TURPITT,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERBANK HOUSING AUTHORITY; UNITED STATES OF AMERICA; U.S. POSTAL SERVICE; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.  1:14-cv-00602 MCE SKO<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT UNITED STATES POSTAL SERVICE AND DOE DEFENDANTS FROM PLAINTIFF'S COMPLAINT** |
| HOUSING AUTHORITY OF THE CITY OF RIVERBANK,<br><br>    Cross-Complainant,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Cross-Defendants. | |

1    Plaintiff Sharon Turpitt and the United States of America hereby stipulate and agree that,
2 pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of plaintiff's claims against
3 the United States Postal Service and Does 1-100 shall be dismissed with prejudice, each party to bear
4 her or its own costs.

5    The United States of America remains as the sole defendant on the complaint, having substituted
6 into this action as defendant in place Daryl A. Trujillo on December 24, 2014.  Dkt. No. 20.

8  DATED: January 22, 2015         BENJAMIN B. WAGNER
                                   United States Attorney

10                                 */s/ Lynn Trinka Ernce*
                                   LYNN TRINKA ERNCE
11                                 Assistant United States Attorney

13 DATED: February 17, 2015        LAW OFFICES OF DAVID AZIZI

15                                 */s/ David Azizi*
                                   David Azizi
                                   Attorneys for Plaintiff

17                    **ORDER**

18   **IT IS SO ORDERED.**

19 **Dated:  March 10, 2015**

21                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT