BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON TURPITT,<br><br>      Plaintiff,<br><br>    v.<br><br>RIVERBANK HOUSING AUTHORITY; UNITED STATES OF AMERICA,<br><br>      Defendants.<br><br>HOUSING AUTHORITY OF THE CITY OF RIVERBANK,<br><br>      Cross-Complainant,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>      Cross-Defendant. | CASE NO.  1:14-cv-00602 MCE SKO<br><br>**STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION; ORDER**<br><br>**[FED. R. CIV. P. 35]** |

1  The parties to this action hereby stipulate that, pursuant to Rule 35 of the Federal Rules of
2 Civil Procedure, plaintiff will submit to an independent medical examination by a medical professional
3 selected by the United States and/or the Housing Authority of the City of Riverbank at a place and time
4 that is agreed to by the parties.

5 DATED:  July 2, 2015                              BENJAMIN B. WAGNER
                                                   United States Attorney
6

7                                                  */s/ Lynn Trinka Ernce*
                                                   LYNN TRINKA ERNCE
8                                                  Assistant United States Attorney

9

10 DATED:  July 2, 2015                             LAW OFFICES OF DAVID AZIZI

11
                                                   */s/ David Azizi*
12                                                 David Azizi
                                                   Attorneys for Plaintiff
13

14 DATED:  July 2, 2015                             BORTON PETRINI, LLP

15
                                                   */s/ Philip B. Avila*
16                                                 PHILIP B. AVILA
                                                   Attorneys for Cross-Complainant
17                                                 Housing Authority of the City of Riverbank

18
                                        **ORDER**
19
            IT IS SO ORDERED.
20

21 **Dated:  July 8, 2015**

22
                                   _____
23                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT
24